STANLEY S. ARKIN (Cal. Bar No. 058951)
sarkin@arkin-law.com
ARKIN KAPLAN RICE LLP
590 Madison Avenue, 35th Floor
New York, New York 10022
Tel:   (212) 333-0200
Fax:   (212) 333-2350

3530 Bayberry Lane
Malibu, California 90265
Tel:   (917) 250-8988
Fax:   (310) 456-0528

*Attorneys for Defendant*
HIS SERENE HIGHNESS PRINCE ALBERT II OF MONACO, aka Albert Alexandre Louis Pierre Grimaldi

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ERINGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HIS SERENE HIGHNESS PRINCE ALBERT II OF MONACO, aka Albert Alexandre Louis Pierre Grimaldi, an individual, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. CV 09-8032 (GAF) (RC)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT AND MOTION TO STRIKE**<br><br>DATE:       December 7, 2009<br>TIME:        9:30 a.m.<br>COURTROOM:  740<br>JUDGE:      Hon. Gary A. Feess |

PLEASE TAKE NOTICE that upon the accompanying Affirmation of Stanley S. Arkin and the exhibits thereto, and upon the supporting memorandum of law served herewith, Defendant His Serene Highness Prince Albert II of Monaco ("Defendant") will move before the Honorable Judge Gary A. Feess of the United States District Court for the Central District of California, at the United States District Courthouse, Roybal Federal Building, Room 740, 255 East Temple Street, Los Angeles California 90012, at 9:30 a.m. on December 7, 2009, or as soon

thereafter as they may be heard, for an order pursuant to Fed. R. Civ. P. 12(b) dismissing the Complaint of Plaintiff Robert Eringer in the above-captioned action as against the Defendant in its entirety and with prejudice, and for an order pursuant to Fed. R. Civ. P. 12(f) for an order striking the immaterial, impertinent, and scandalous matter from the Complaint.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7-9 any opposing papers are due November 23, 2009.

PLEASE TAKE FURTHER NOTICE that this motion is made following the conference of counsel pursuant, to Local Rule 7-3, which took place telephonically on November 9, 2009.

\* \* \*

Dated: New York, New York
November 10, 2009

*[signature]*

Stanley S. Arkin (Cal. Bar No. 058951)
sarkin@arkin-law.com
ARKIN KAPLAN RICE LLP
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200

3530 Bayberry Lane
Malibu, California 90265
(917) 250-8988

*Attorneys for Defendant His Serene Highness Prince Albert II of Monaco aka Albert Alexandre Louis Pierre Grimaldi*

TO: Brigham J. Ricks
Ricks Law
209 East Pedregosa St.
Santa Barbara CA 93101
*Attorneys for Plaintiff Robert Eringer*

---

DEFENDANT HIS SERENE HIGHNESS PRINCE ALBERT II OF MONACO'S
NOTICE OF MOTION

-3-