1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ERINGER, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HIS SERENE HIGHNESS PRINCE ) <br> ALBERT II OF MONACO, aka Albert ) <br> Alexandre Louis Pierre Grimaldi, an ) <br> individual, and DOES 1 through 100 ) <br> inclusive, ) <br> ) <br> Defendants. ) | Case No.  2:09-cv-08032-GAF-RC <br><br> **[PROPOSED] ORDER OF DISMISSAL AND ORDER TO STRIKE** |

Upon Defendant His Serene Highness Prince Albert II of Monaco's Motion To Dismiss the Complaint and To Strike, submitted on November 10, 2009, the Court hereby:

ORDERS stricken from the Complaint ¶¶ 8-23; 25-32; 34-45; 47-113; 116; 118; 124; 126-128; 130-137, as well as Exhibits D, F, G, H, and I; and

ORDERS the Complaint be dismissed in its entirety, and with prejudice, pursuant to Fed. R. Civ. P. 12(b).

1     SO ORDERED.

2

3 Dated:

4

5                                           _____

6                                           **GARY ALLEN FEESS**
                                          **United States District Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL AND TO STRIKE, UPON MOTION BY DEFENDANT HIS SERENE HIGHNESS PRINCE ALBERT II OF MONACO