1  STANLEY S. ARKIN (Cal. Bar No. 058951)
   sarkin@arkin-law.com
2  ARKIN KAPLAN RICE LLP
   590 Madison Avenue, 35th Floor
3  New York, New York 10022
   Tel:  (212) 333-0200
4  Fax:  (212) 333-2350

5  3530 Bayberry Lane
   Malibu, California 90265
6  Tel:  (917) 250-8988
   Fax:  (310) 456-0528

7
   *Attorneys for Defendant*
8  HIS SERENE HIGHNESS PRINCE ALBERT II OF MONACO, aka Albert
   Alexandre Louis Pierre Grimaldi
9

10                    **UNITED STATES DISTRICT COURT**

11                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12
   ROBERT ERINGER, an individual      )
13                                     )   **Case No.  CV 09-8032 (GAF) (RC)**
                    Plaintiff,         )
14                                     )   **NOTICE OF LODGING**
            vs.                        )   **PROPOSED ORDER OF**
15                                     )   **DISMISSAL AND**
   HIS SERENE HIGHNESS PRINCE          )   **ORDER TO STRIKE**
16 ALBERT II OF MONACO, aka Albert     )
   Alexandre Louis Pierre Grimaldi, an )   DATE:         December 7, 2009
17 individual, and DOES 1 through 100  )   TIME:         9:30 a.m.
   inclusive,                          )   COURTROOM:    740
18                                     )   JUDGE:        Hon. Gary A. Feess
                    Defendants.        )
19                                     )

20
21         PLEASE TAKE NOTICE that Defendant His Serene Highness Prince Albert
22 II of Monaco (Defendant) has lodged a Proposed Order of Dismissal and Order to
23 Strike.  This Proposed Order is submitted to the Honorable Judge Gary A. Feess for
24 his consideration in connection with Defendant's Motion to Dismiss the Complaint
25 and to Strike.
26
27
28

Dated: New York, New York
       November 13, 2009

/s/ Stanley S. Arkin_____
Stanley S. Arkin (Cal. Bar No. 058951)
sarkin@arkin-law.com
ARKIN KAPLAN RICE LLP
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200

3530 Bayberry Lane
Malibu, California 90265
(917) 250-8988

*Attorneys for Defendant His Serene Highness Prince Albert II of Monaco aka Albert Alexandre Louis Pierre Grimaldi*

TO:  Brigham J. Ricks
     Ricks Law
     209 East Pedregosa St.
     Santa Barbara CA 93101
     *Attorneys for Plaintiff Robert Eringer*

DEFENDANT HIS SERENE HIGHNESS PRINCE ALBERT II OF MONACO'S NOTICE OF MOTION