Brigham J. Ricks, SBN 224750
RICKS LAW
P.O. Box 3370
Santa Barbara, CA 93130
Tel: (805) 884-9538
Fax: (805) 884-9708

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED BUT NOT FILED
Robert Eringer
NOV 13 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert Eringer

Plaintiff(s),

v.

His Serene Highness Prince Albert II of Monaco, aka Albert Louis Pierre Grimaldi

Defendant(s).

CASE NUMBER

CV 09-8032 (GAF) (RC)

NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

November 12, 2009
Date

_____
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before a responsive pleading or prior to the beginning of trial.*

IT IS SO ORDERED
DATED: 11/17/09
_____
UNITED STATES DISTRICT JUDGE

CV-9 (07/01)      NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)